## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE: Sergio GARCIA-Ruvalcaba

I, CBP Enforcement Officer Cynthia C. O'Bryant, declare and state as follows:

On or about April 26, 2022, at approximately 2:59 pm, defendant, Sergio GARCIA-Ruvalcaba, a citizen & national of Mexico applied for admission into the United States at the Juarez Lincoln Port of Entry in Laredo, Texas as a passenger in a commercial van. At primary inspection, defendant presented a counterfeit non-immigrant visa (Form DSP-150) bearing his name & photograph to primary CBP Officer Alfred Harmon. Due to non-regulation issues with the document: a date printed in Spanish language and not English, it's thickness, it's color, non-reflectiveness of the READY LANE security feature, CBPO Harmon referred the defendant to secondary for further inspection. At secondary inspection, CBP records confirmed the non-immigrant visa was invalid. During interview by CBP Enforcement Officers Gabriel Alejandro and Jose C. Luna he confirmed he had not obtained it at the American Consulate in Guadalajara as he initially stated but at a pharmacy in Mexico. Subject admitted he was aware it was not the correct way to obtain a visa being that he paid in cash to an unknown female. Facts are based on defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States & an Immigration hold has been placed.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct.

Executed on the 27th day of April of 2022:

_____
Cynthia C. O'Bryant
CBP Enforcement Officer
Department of Homeland Security